## Kolb *v.* Stewart Bread Company.

*Trade-mark—Bread—" Mother's Bread."*

On the question whether "Mother's Bread" was a good trade-mark, and if so, whether the use, by a rival baker of the title "Stewart's Mother's Bread" was an infringement, the court was equally divided.

Argued Jan. 9, 1901. Appeal, No. 201, Jan. T., 1900, by defendant, from decree of C. P. No. 4, Phila. Co., Dec. T., 1899, No. 1405, refusing a preliminary injunction in the case of Louis J. Kolb, Trustee of John G. Kolb, Deceased, v. Stewart Bread Company. Before McCollum, C. J., Mitchell, Fell, Brown, Mestrezat and Potter, JJ. Affirmed.

Bill in equity for an injunction to restrain the name of an alleged trade-mark.

The court below being of opinion that no imitation of plaintiff's label was shown refused a preliminary injunction. The labels were as follows:

COPY OF DEFENDANT'S LABEL.     COPY OF PLAINTIFF'S LABEL.

The court refused a preliminary injunction.

*Error assigned* was the decree of the court.

*Horace Pettit,* for appellant.

*John G. Johnson,* for appellee.

PER CURIAM, February 18, 1901:
February 13, 1901, the judges who heard this case being equally divided in opinion, the judgment is affirmed.